# Court of Appeals
# of the State of Georgia

ATLANTA,  December 14, 2018

*The Court of Appeals hereby passes the following order:*

## A19E0026. MITCHELL v. MITCHELL.

Upon consideration of appellant's emergency motion for an extension of time to file application for discretionary appeal, it is ordered that an extension be granted in the above-referenced case through and including January 21, 2019.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/14/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*